ACCEPTED
15-24-00117-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 12:16 PM
CHRISTOPHER A. PRINE
CLERK

CASE NO. 15-24-00117-CV

IN THE COURT OF APPEALS

FOR THE FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 12:16:20 PM
CHRISTOPHER A. PRINE
Clerk

**NARIOCAN ENTERPRISES d/b/a CANTU PHARMACY**,
*Appellant*,

v.

**TEXAS HEALTH AND HUMAN SERVICE COMMISSION**
*Appellee*.

## APPELLEE'S UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME

Appellee Texas Health and Human Services Commission, files this unopposed motion requesting an extension of its deadline to file its appellee brief.

This appellate matter concerns an appeal from a final order granting a plea to the jurisdiction. Appellee's current deadline for filing its brief is May 5, 2025. Appellee requests a 14-day extension to file its brief, thus moving the deadline to May 19, 2025. The undersigned counsel, who is charged with drafting Appellee's brief needs additional time to prepare it because, since returning from medical absence, she has several high-profile cases with demanding deadlines. This is Appellee's second request for an extension of time, each being less than thirty days and the first being for medical reasons, and it is not sought for the purpose of delay.

Appellant is unopposed to the requested extension.

1

## Prayer

For the above reasons, Appellant prays that the Court afford it until May 19, 2025 to file its brief.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**ERNEST C. GARCIA**
Chief, Administrative Law Division

*/s/ Sherlyn Harper*
**SHERLYN HARPER**
State Bar No. 24093176
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
808 Travis Street, #1520
Houston, Texas 77002
Telephone: (713) 225-8913
Facsimile: (512) 320-0167
sherlyn.harper@oag.texas.gov

*Counsel for Appellee,*
*Texas Health and Human Services*
*Commission*

2

## CERTIFICATE OF CONFERENCE

The undersigned counsel conferred with Appellant's lead counsel, Ricardo Pumarejo, regarding the relief sought in this motion. Atty. Pumarejo stated that Appellant was unopposed.

*/s/Sherlyn Harper*
Sherlyn Harper

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2025, a true and correct copy of this document was served upon the following persons via electronic filing service.

Ricardo Pumarejo
ricardo@pumarejolaw.com
*Counsel for Appellant*

*/s/Sherlyn Harper*
Sherlyn Harper

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Catherine Hughes on behalf of Sherlyn Harper
Bar No. 24093176
catherine.hughes@oag.texas.gov
Envelope ID: 100377460
Filing Code Description: Motion
Filing Description: 2025 0502  HHSC mtn to extend brief 003
Status as of 5/2/2025 12:21 PM CST

Associated Case Party: Nariocan Enterprises LLC d/b/a Cantu's Pharmacy

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Miguel Pruneda | 24025601 | michael@michaelpruneda.com | 5/2/2025 12:16:20 PM | SENT |
| Ricardo Pumarejo | | ricardo@pumarejolaw.com | 5/2/2025 12:16:20 PM | SENT |

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sherlyn Harper | 24093176 | sherlyn.harper@oag.texas.gov | 5/2/2025 12:16:20 PM | SENT |
| Catherine Hughes | | catherine.hughes@oag.texas.gov | 5/2/2025 12:16:20 PM | SENT |